FILED

SEP 03 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE WEST,<br><br>    Petitioner,<br><br>  v.<br><br>CORRECTIONAL OFFICER R. DIAZ,<br><br>    Respondent. | No. C 13-03010 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

    On June 28, 2013, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent a notice to Petitioner that a filing fee of $5.00 was due or in the alternative, that Petitioner must file an In Forma Pauperis ("IFP") Application within twenty-eight days of the notice to avoid dismissal of the action. On August 14, 2013, the Court granted Petitioner an extension of time to file a complete IFP application. Petitioner has filed an IFP application which is deficient because it does not contain a trust account statement showing the most recent six-months' transactions.

    In the interest of justice, the Court will grant Petitioner an extension of time to file a trust account statement showing the most recent six-months' transactions to complete his IFP application. Petitioner must file the necessary document **no later**

**than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may pay the $5.00 filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or paying the filing fee will result in the dismissal of this action without further notice to Petitioner.**

DATED: 8/30/13

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DUANE WEST,

      Petitioner,

v.

CORRECTIONAL OFFICER R. DIAZ,

      Respondent.

Case Number CV 13-03010 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___9/03/13___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Duane West**
T82465
Corcoran State Prison
P. O. Box 5242
Corcoran, CA 93212

DATED: ___9/03/13___

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk